# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| David G. Hough, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00336-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2018 Order.

June 26, 2018

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court